# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __Madeline Cox Arleo, U.S.M.J.__ |
| v. | MAGISTRATE NO.: __2:11-MJ-8143__ |
| EDWARD DESEAR | DATE OF PROCEEDINGS: __7/14/2011__ |
| | DATE OF ARREST: __7/14/2011__ |

PROCEEDINGS: __INITIAL APPEARANCE__

(X) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD  __ CJA
(X) WAIVER OF HRG.: _X_ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: __$250,000__
 ( ) UNSECURED BOND
 (X) SURETY BOND SECURED BY CASH / (PROPERTY)
(X) TRAVEL RESTRICTED _____
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.      DATE: _____
( ) DETENTION / BAIL HRG.            DATE: _____
( ) TRIAL:  __ COURT  __ JURY        DATE: _____
( ) SENTENCING                        DATE: _____
( ) OTHER: _____             DATE: _____

APPEARANCES:

AUSA _____SHIRLEY EMEHEUL, AUSA_____

DEFT. COUNSEL ___JOHN VAZQUEZ, RETAINED___

PROBATION _____

INTERPRETER _____
 Language: (         )

Time Commenced: __4:10 pm__
Time Terminated: __4:14 pm__
CD No: __11-07K__

_____Kimberly Darling_____
DEPUTY CLERK