UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

                                    :   NO.   2:11-MJ-8143

       V.                            :

                                    :   NOTICE OF ATTORNEY APPEARANCE
EDWARD DESEAR

                                    :

SIR:

        YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR __EDWARD DESEAR__, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: 7/14/2011

SIGNATURE: _[signature]_

NAME: JOHN MICHAEL VAZQUEZ
(Please Print)

FIRM NAME: Critchley, Kinum + Vazquez

ADDRESS: 75 Livingston Ave
Roseland NJ

TELEPHONE NUMBER: 973-422-9200