AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY

UNITED STATES OF AMERICA

V.

EDWARD DESEAR

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2:11-MJ-8143

I, _____ EDWARD DESEAR _____, charged in a  X  complaint  ☐ petition pending in this District with _____ New Jersey _____ in violation of Title __18__, U.S.C., __2252A (a)(2)(A)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination   X hearing   , do hereby waive (give up) my right to a preliminary ☐ examination   X hearing.

_____
Defendant

7/14/11
Date

_____
Counsel for Defendant