UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | Mag. No. 11-8143 |
| EDWARD M. DE SEAR | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant EDWARD M. DE SEAR (John Michael Vazquez, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of ninety (90) days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and five continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of effective preparation and so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented

to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 16 day of May, 2012,

ORDERED that this action be, and hereby is, continued for a period of ninety (90) days from May 18, 2012 to August 16, 2012; and it is further

ORDERED that the period from May 18, 2012 through and including August 16, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MADELINE COX ARLEO
United States Magistrate Judge

Form and entry
consented to:

_____
SHIRLEY U. EMEHELU
Assistant U.S. Attorney

_____
JUDITH H. GERMANO
Chief, Economic Crimes Unit

_____
JOHN MICHAEL VAZQUEZ, ESQ.
MICHAEL CRITCHLEY SR., ESQ.
Counsel for defendant Edward M. De Sear